EVELENA DUNNING, Respondent, *v.* EDGAR F. DUNNING and LILLIE E. HENDERSON (Impleaded with JOSEPH M. DE VEAU et al., as Executors, etc.), Appellants.

Reported below, 82 Hun, 462.
(Argued June 14, 1895; decided October 8, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 13, 1894, which modified and affirmed as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Henry A. Brann* and *A. Britton Havens* for appellants.

*William G. Bussey* and *Daniel Whitford* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

---

ELLA D. GEORGE, Appellant, *v.* JOSEPHINE E. CARPENTER et al., as Executors, etc., Respondents.

Reported below, 73 Hun, 221.
(Argued June 7, 1895; decided October 8, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made the first Monday of October, 1893, which affirmed a judgment entered upon the report of a referee dismissing plaintiff's complaint upon the merits.

*Edward B. Whitney* for appellant.

*Howard Van Sinderen* for respondents.

Judgment affirmed, on opinion below, with costs.
All concur.